UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---------------------------------------------------------------------------x
Lynn Bumstead,

                                               Plaintiff,

    -v.-

Equifax Information Services LLC;
Experian Information Solutions, Inc.; and
Nelnet Servicing, LLC,

                                               Defendants.
---------------------------------------------------------------------------x

Civil Action No:
1:23-cv-1127

## **JOINT STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Experian Information Solutions, Inc., in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 16, 2024

| For Plaintiff Lynn Bumstead | For Defendant Experian Information Solutions, Inc. |
|---|---|
| */s/ Eliyahu Babad*<br>Eliyahu Babad<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601 | */s/ Miriam Archibong*<br>Miriam Archibong<br>Jones Day<br>150 w Jefferson Ave ste 2100<br>Detroit, MI 48226 |

1

| | |
|---|---|
| Ph:  (201) 282-6500<br>ebabad@steinsakslegal.com | Ph:  (313) 733-3939<br>marchibong@jonesday.com |

## CERTIFICATE OF SERVICE

I certify that on October 16, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Eliyahu Babad*
Eliyahu Babad
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

2