UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---------------------------------------------------------------------------x

Lynn Bumstead,

                                                                                     Civil Action No:
                                                                                     1:23-cv-1127

                                              Plaintiff,

     -v.-

Equifax Information Services LLC;

Experian Information Solutions, Inc.; and

Nelnet Servicing, LLC,

                                              Defendants.

---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

      Notice is hereby given that the Plaintiff and the Defendant, Equifax Information Services, LLC, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 20th day of October 2024

                                                          _/s/Eliyahu Babad_
                                                          Eliyahu Babad, Esq.
                                                          **Stein Saks, PLLC**
                                                          One University Plaza
                                                          Hackensack, NJ 07601
                                                          Phone: 201-282-6500
                                                          Ebabad@steinsakslegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 20, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Eliyahu Babad*
Eliyahu Babad, Esq.