UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN BUMSTEAD,

    Plaintiff,

v.                                        Case No. 1:23-cv-1127

EQUIFAX INFORMATION SERVICES,       HONORABLE PAUL L. MALONEY
LLC, et al.,

    Defendants.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlement (ECF No. 32) of the agreement between Plaintiff and Defendant Equifax Information Services, LLC to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents as to Defendant Equifax Information Services, LLC shall be filed with the Court no later than **December 16, 2024**.

Dated: October 21, 2024                             /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge