UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN BUMSTEAD,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants.

_____/

Case No. 1:23-cv-1127

HONORABLE PAUL L. MALONEY

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlement (ECF No. 37) of the agreement between Plaintiff and Defendant Nelnet Servicing, LLC to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents as to Defendant Nelnet Servicing, LLC shall be filed with the Court no later than **January 24, 2025**.

Dated:  November 25, 2024

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge