REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-01127 | Lynn Bumstead v. Equifax Information Services, LLC, et. al. | 11/21/2024 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Lynn Bumstead | Plaintiff |
| Tricia Wheeler | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Eliyahu Babad | Plaintiff |
| Jeffrey Hengeveld | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:   [✓] Case settled in full - Final paperwork will be filed: <u>within 30 days</u>
          [ ] Mediation continuing - Date of Next Session _____
          [ ] Not settled - Mediation Completed

Dated: November 25, 2024        By: /s/ Lee T. Silver _____
                                     Lee T. Silver
                                     Mediator