UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---------------------------------------------------------------------------x
Lynn Bumstead,

                                   Plaintiff,

    -v.-

Equifax Information Services LLC;
Experian Information Solutions, Inc.; and
Nelnet Servicing, LLC,

                                 Defendants.
---------------------------------------------------------------------------x

Civil Action No:
1:23-cv-1127

## JOINT STIPULATION OF DISMISSAL AS TO NELNET SERVICING, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Nelnet Servicing, LLC, in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservator, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 16, 2024

| For Plaintiff Lynn Bumstead | For Defendant Nelnet Servicing, LLC |
|---|---|
| /s/ Eliyahu Babad<br>Eliyahu Babad<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ebabad@steinsakslegal.com | /s/ Marc Peter Jerabek<br>Marc Peter Jerabek<br>Plunkett Cooney<br>38505 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304<br>Ph: (248) 901-4016<br>mjerabek@plunketcooney.com |

## CERTIFICATE OF SERVICE

I certify that on December 16, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Eliyahu Babad*
>Eliyahu Babad
>**Stein Saks, PLLC**
>One University Plaza
>Hackensack, NJ 07601
>*Attorneys for Plaintiff*